

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Quenisha Gardner, Appellant

No. 06-13-00018-CR      v.

State of Texas, Appellee

Appeal from the 114th District Court of Smith County, Texas (Tr. Ct. No. 003-0149-09). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Quenisha Gardner, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 2, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk